[No. 39547-5-I.    Division One.    April 27, 1998.]

LARRY HENAK, ET AL., *Respondents*, v. KIRK WHITCOMBE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-02783-1, Charles K. Wiggins, J. Pro Tem., entered September 20, 1998. *Affirmed* by unpublished opinion per Kennedy, C.J., concurred in by Coleman and Cox, JJ.


[No. 40054-1-I.    Division One.    April 27, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. HUGH THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-08309-5, Ann Schindler, J., entered January 9, 1997. *Affirmed* by unpublished per curiam opinion.


[No. 40101-7-I.    Division One.    April 27, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL GENE CAMPBELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-02988-1, Robert H. Alsdorf, J., entered September 28, 1995. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Kennedy, C.J., and Ellington, J.


[No. 40218-8-I.    Division One.    April 27, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT LEE BRYANT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-00218-2, Ronald L. Castleberry, J., entered January 27, 1998. *Dismissed* by unpublished per curiam opinion.